**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRICE MURO,<br><br>        Plaintiff,<br><br>   v.<br><br>LEGAL RECOVERY LAW OFFICES, INC.; AND DOES 1 THROUGH - 10, INCLUSIVE,<br><br>        Defendants. | Case No. EDCV 13-01077-VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>July 22, 2013</u>

                                        VIRGINIA A. PHILLIPS
                                 United States District Judge